# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# PIKEVILLE

CRIMINAL ACTION NO. **7:22-CR-19-REW-EBA**

UNITED STATES OF AMERICA                                           PLAINTIFF

V.                      **RESPONSE TO MOTION TO CONTINUE**

**GARY D. WARICK**                                                  **DEFENDANT**

\* \* \* \* \*

The United States of America has no objection to the motion to continue filed by Defendant, Gary D. Warick. [DE 38]

        Respectfully submitted,

        CARLTON S. SHIER, IV
        UNITED STATES ATTORNEY

By:   /s/ *Justin E. Blankenship*
        Justin E. Blankenship
        Assistant United States Attorney
        601 Meyers Baker Road, Suite 200
        London, Kentucky 40741
        Phone: (606) 330-4829
        Fax: (606) 864-3590
        Justin.Blankenship2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I electronically filed this document through the ECF system, which will send notice of the filing to all counsel of record.

*/s/ Justin E. Blankenship*
Assistant United States Attorney